UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket No. 1:23-cr-79-SE-01 |
| v. | |
| KYLE HENDRICKSON | |

**INDICTMENT**

The Grand Jury charges:

COUNT ONE
Interstate Threatening Communication
18 U.S.C. § 875(c)

On or about April 12, 2023, in the District of New Hampshire and elsewhere, the defendant

KYLE HENDRICKSON

for the purpose of issuing a threat and with knowledge that the communication would be viewed as a threat, did transmit a communication in interstate commerce containing a threat to kidnap and injure the person of another, namely, a SnapChat message containing a threat to "shoot up" a public secondary school 1, in violation of Title 18, United States Code, Section 875(c).

1

COUNT TWO
Possession of a Firearm in a School Zone
18 U.S.C. § 922(q)(2)(A) and 924(a)(4)

On or about April 12, 2023, in the District of New Hampshire, the defendant

KYLE HENDRICKSON

did knowingly possess a firearm, that is, a Smith & Wesson SD40VE handgun, bearing serial number FYE6632, that had moved in interstate commerce, on the grounds of Portsmouth High School, or within a distance of 1,000 feet of the grounds thereof, a place that the defendant knew and had reasonable cause to believe was a school zone, in violation of Title 18, United States Code, Sections 922(q)(2)(A) and 924(a)(4).

## NOTICE OF FORFEITURE

Upon conviction of one or more of the offenses alleged in Counts One and Two of this Indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C.§ 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including: one Smith & Wesson SD40VE handgun, S/N FYE6632, with magazine and 10 rounds of ammunition.

A TRUE BILL

Dated: September 13, 2023

/s/ Foreperson
FOREPERSON

JANE E. YOUNG
UNITED STATES ATTORNEY

/s/ Charles L. Rombeau
By:   Charles L. Rombeau
      Assistant U.S. Attorney