UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Cr. No.  1:23-cr-79-SE-AJ-01 |
| ) | |
| KYLE HENDRICKSON ) | |

PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled case on the 13th day of September, 2023.

This 13th day of September, 2023.

JANE E. YOUNG
United States Attorney


By: /s/ Charles L. Rombeau
      Charles L. Rombeau
      Assistant U.S. Attorney


WARRANT ISSUED: _____