make today great

①

Your Honor,

My name is Michelle Almon. I am writing to you on behalf of my eldest son, Kyle Hendrickson. It is my hope that you will take the following into account when sentencing him and have some leniency.

Although I am now a present and supportive parent, the same cannot be said for Kyle's formative years. Regrettably, I was absent for much of that time and ultimately chose a very unhealthy lifestyle over my relationship with him. I was not there to provide the guidance and motherly love every child needs and

deserves. I believe that is a lot of the reason Kyle began to act out. I know his father did the best he could for him, but he too was facing struggles of his own with alcohol.

The trouble Kyle got himself into early in his life I believe were cries for help. I don't feel any crime is victimless, but I don't believe it was ever Kyle's intent to hurt anyone; not in those days and not when he committed the crime he is to be sentenced for. Although Kyle is young for his age in many ways, and has at times lacked the understanding of the gravity of his actions, it is my honest opinion that he has grown

make today great ③

in numerous ways over the last several months. He has been making sincere efforts to learn and improve himself since being taken into custody.

Kyle is a gentle and kind-hearted young man who desperately wants to not only do better, but to have a better life. We have built a strong relationship based on mutual respect and love. It is my intention to support him in his self-improvement efforts and to help guide him in the right direction with his life choices.

In the last few years, I have maintained a healthy lifestyle and built a community to support me



make today great                                                                      (A)

in my recovery from substance use disorder. These people have guided me toward spiritual, educational, and community improvement. I have deep, personal ties to my church, have been working toward my GED, and am very involved in recovery programs, I continue to work one-on-one with my recovery coach.

      All of these people, who helped lift me out of the negative and detrimental lifestyle, are all hoping to be of service to Kyle. They are ready to embrace him and provide whatever services will improve his chances of success in living a clean, sober, productive life. More importantly, I believe



make today great ⑤

Kyle is ready to accept that help. If it is useful, or you so desire, I can provide you with the names and contact information for some of these people.

My son made a grave error in judgement that he regrets. I implore you to consider probation for the remainder of his sentence and for him to have the opportunities that I have; to heal, to grow, and to be an upstanding member of society who can serve as a positive example to others.

Thank you for your time and consideration.

Respectfully,

Michelle Almon

As my mothers oldest child I have been there through it all, including her at her worst times and I can honestly say through her sobriety she has not only restored her faith in god and what all he can do, but in mine as well. Right now I think Kyle needs her more than ever. She has been in the dark, and has seen and experience things that knowone should ever endor and still found the strength to find sobriety and now my children will be able to grow up with a Grandmother that can guide them through their dark times. I would love to be able to say the same with my brother. He has a strong support team and I will do anything to see him succed in life and be the man we all know he can be.

**From:** KENNEDY2414@maine.rr.com
**Subject:** Kyle Hendrickson
**Date:** April 29, 2024 at 5:58 PM
**To:** mwalker@lowtherwalker.com



This is a statement letter about my nephew Kyle Hendrickson to be addressed Judge Samantha Elliott

I am Kyles Aunt in relation to Kyles Dad whom is my brother

Kyle came to NH when he was 5 with my Brother Bob.  Kyles Mother did not come because she was a street woman in FLA  She gave Kyle up at that time  Thru the years, I helped my brother try to raise Kyle the best he could, was tough because my brother is an alcoholic.  when Kyle was 9, i removed him from my brothers care to help my brother get sober  He was at Serenity in Portland ME for quite a while  Kyle went back to his dads when he got sober BUT the drinking resumed  Kyle is like my son and he and i had or should i say have a great bond  Kyle knew he could come to me anytime

As his teenage years hit, he hung with the punks of the town, Kyle having no supervision, got in lots of trouble  He was in YDC for almost 4 years which in my eyes was great because he wasn't hanging the streets  Things changed soon after

Kyles mother Michelle came to NH  Oh Man  between my brother and his mom, Poor kyle was in a really bad place

I love my nephew again as if he was one of my own, He is not a violent man, just didnt THINK about hid actions

**From:** Robbie White wobbie0317@gmail.com
**Subject:** Kyle Hendrickson sentencing support letter
**Date:** January 17, 2024 at 12:30 AM
**To:** mwalker@lowtherwalker.com



Dear USA Judge Samantha D. Elliot and whom it may concern.

    My name is Rob and Kyle has been a close friend of mine for about 12 years. Kyle and I have been a major support in each others lives. Personally I didn't have much family support in my life but I could always rely on Kyle. Whether it was getting a burger after work or letting me crash on his couch for a night, Kyle was always there when I needed support. Kyle has definitely had a challenging upbringing but has never let that define him. I think Kyle's strongest trait is his resilience. Nobody's perfect and I know Kyle has had his fair share of troubles but how quickly he learns and bounces back from these problems is amendable. In Kyle's case he definitely took a joke to far but from someone who knows him vary well that's all it was, a terrible joke. I just ask that you take all of this into consideration while deciding his sentencing. Kyle has helped a lot of people in his life and I think that should be acknowledged in this situation. Kyle has and will continue to have many

**From:** Dylan Lee top.opp24@icloud.com
**Subject:** Letter for Kyle Hendrickson sentencing
**Date:** January 16, 2024 at 11:19 PM
**To:** amy@mcgarrylawoffices.com, mwalker@lowtherwalker.com



# Justice Samantha D. Elliot,

   My name is Dylan Austin, I've know Kyle Hendrickson for about 15 years. Kyle has been through a lot, he's made a lot of poor choices but, he has also benefited every single person who enters his life. Speaking from experience, Kyle helped me through the loss of my brother in 2016 and at that time I was suicidal and he drove over 2 hours to just sit with me. He was also there for me last year when my father passed away. Kyle also has suffered many hardships such as friends and family passing away from overdoses and being made homeless for no reason by is ex girlfriend and mother there are many other deeper hardships he has faced that I don't feel comfortable speaking on due to his comfortability and at this time I have not spoken to him about if I could mention those issues in the letter. However, through all that He has been such an emotional crutch for me and I would hate to see a terrible joke that was not funny at all, ruin the rest of his life and keep him incarcerated for a longer period of time. I pray that you take my letter to heart and understand that Kyle Hendrickson is a great person who just made a poor choice.

   Sincerely, Dylan Austin

If there are any questions feel free to contact me at (207) 314-8055 thank you.

Sent from my iPhone

**From:** Ashley Slaughter slaughtera3344@gmail.com
**Subject:** Revised Hendrickson support letter
**Date:** April 12, 2024 at 10:55 PM
**To:** Murdoch Walker mwalker@lowtherwalker.com



to USA judge, Samantha D Elliot.

I would like to state this letter of the fact that I am Kyle's fiance, i have known kyle for a very long time and this letter is based off the truth, and nothing but the truth so help me God. My name is Ashley Slaughter, i am a devoted christian catholic & have believed & practiced my beliefs for as long as i remember. I say that because with the Charges against Kyle, if they were true, i would simply not be with him, i also wouldn't have paid 15 thousand dollars for his lawyer. That would be wrong and unjustifiable. Hopefully, this letter can convince you of that. I have known kyle for a long time, i was a friend before coming a fiance clearly. As i stated, being a christian, a catholic at that, is that marriage is a tremendous deal. Would i truthfully marry someone who would do these things? No. I have a 5-year-old beautiful daughter. Kyle , has had a very hard life basically his whole life, from his childhood until now has been struggles. His father was in federal prison when kyle was just a infant. His mother was a horrible mother and a severe drug addict, which goes hand in hand in child neglect. Kyle had to fend for himself from a early age . Children with incarcerated parents are six times more likely to become incarcerated themselves. A study meta-analysis of 40 studies on children with incarcerated parent(s) , What kyle had, showed that mental health issues and drug addiction was most seen. You can fact check this article at nij.ojp.gov . Kyle was in and out of long creek youth detention center in South Portland Maine, where he was committed, hes been to plenty of rehabs , and when he turned 18 has spent more time in jail than id care to admit. The system has dramatically failed him, and if the correct resources were available, all of this could have been prevented. But as we all know, if you want to access these resources, like drug counseling, therapy, etc you need money and what goes hand in hand in addiction/incarceration is poverty. Kyle is the sweetest person i know. He is a caring individual who is always willing to go above and beyond for the people he cares about. Kyle is the type

to go above and beyond for the people he cares about. Kyle is the type of guy to help old ladies cross the road. Ive taken Kyle with me to mass, bible study, prayer groups etc. Kyle is great with kids, he's met and been around my daughter plenty of times. Kyle has a passion for animals of all sizes and kind. Kyle is the most patient person I've ever met. Kyle has a amazing work ethic which this economy desperately needs. Kyle has faced false accusations of these crimes and I'm here to tell you that they are not true, regardless of the verdict's outcome. I would also like to point out, this is kyles first felony offense. If it were true, i wouldn't have let kyle around my daughter for starters, but i can tell you its not. Kyle doesn't need jail, he has been confined his whole life. He needs the proper resources . He needs rehab. He needs therapy. He has been the bad guy his whole life. Please take a chance on Kyle. He deserves a second chance to redeem himself Please, take a chance on kyle and send him to a rehab or something you deem fit. Jail is not the answer. If it was, it would've worked by now. Thank you.

*02/04/2024*

*To The Honorable Judge,*

*My name is Jada McGhee, and I am a Registered Medical Assistant and small business owner. I have known Kyle Hendrickson for over 10 years now. Kyle has always been a genuine, loving and trustworthy friend since we first met.*

*That is why I am writing this letter to defend Kyle Hendrickson, because he has always been a respected person in the community, and a genuine person to everyone he has come across. Maybe sometimes it is too genuine that he gets his kindness taken for granted, but that's never stopped him from going over and beyond for anyone and everyone.*

*To give you a personal example, Kyle and I used to be extremely close growing up until we grew and semi parted ways Kyle had recently seen that I was struggling a little bit emotionally and mentally a few years back even after not speaking to each other and simply living our separate lives, he reached out to me and we had gone out to get my mind off of things that were going on, there was a situation that occurred during that time and Kyle was the first one to jump to help me and defuse the situation I can't thank him enough for having my back that night. On the way to our destination that night, I remember clear as day our conversation he looked at me and told me that once he gets his act together that all he wants to do is help people, and that he could actually see himself in the medical field maybe not doing exact what I do but he told me that he wanted to help and make a difference and if you could see the passion in his eyes saying that, that night you would understand that Kyle means no harm in life. Just unfortunately lost himself and got caught up at a young age and never really knew how to escape "the thrill." Kyle has always been there to listen and guide his friends through the tough times and is the first one to say let's go do something and make a new memory. Out of the group of friends we had growing up Kyle was the only one to keep in touch with all of us. He is truly a kindhearted genuine soul in my eyes. Even recently in this current situation that he is in, he has been there for me tremendously he has given me advice and kept me going despite his own issues and feelings during this time. He is still and will always be there for his friends and family checking in and forever continuing to be that Kyle we all know and love.*

*Apart from that, he is well known to the community not just for juvenile disturbances in the past but he is well known due to his hard work and kindness towards others. His teachers growing up fought for him and his success. When Kyle's head is in the right state of mind, he truly does make a tremendous impact on others lives and is a hard worker.*

*It is unfortunate that he is in this situation. However, it is obvious to me that Kyle will do all that he can to resolve this situation without further problems and is sorry for any damage and disruptions and inconveniences he has caused and brought to the community at this time and throughout the years.*

*I hope this letter can go some way in convincing the court that Kyle is a good person, and this testimony will be considered at this time.*

*Thank you for your time and consideration,*

*Jada R McGhee*